**James P. Laurick**, OSB # 82153
jlaurick@kilmerlaw.com
**KILMER, VOORHEES & LAURICK, P.C.**
732 N.W. 19th Avenue
Portland, Oregon 97209
Telephone: 503/224-0055
Facsimile: 503/222-5290

Attorneys for Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.; Christina Balandran; and Daniel Rodriguez

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| LISA CARRIGAN, individually, and D. JACK SCHICKLING and J. LAUREN SCHICKLING, husband and wife,<br><br>          Plaintiffs,<br><br>     v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, REGIONAL TRUSTEE SERVICES CORPORATION, FIDELITY NATIONAL TITLE INSURANCE COMPANY, RECONTRUST COMPANY N.A., GN MORTGAGE LLC, GUARANTY BANK F.S.B., BAC HOME LOANS SERVICING, COUNTRYWIDE HOME LOANS SERVICING LP, BANK OF AMERICA N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, ELAINE LOUISE HOWARD, CHRISTINA BALANDRAN, DANIEL RODRIGUEZ, and LINDA GREEN,<br><br>          Defendants. | Case No. 6:13-cv-00902-TC<br><br>**DEFENDANTS BANK OF AMERICA, N.A., RECONTRUST COMPANY, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CHRISTINA BALANDRAN AND DANIEL RODRIGUEZ'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

PAGE 1 -   DEFENDANTS' MOTION TO DISMISS COMPLAINT

## LR 7.1(a) CERTIFICATION

Counsel for Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, ReconTrust Company, N.A., Mortgage Electronic Registration Systems, Inc., Christina Balandran, and Daniel Rodriguez (collectively, "Defendants") certifies that on August 5, 2013, he attempted in good faith to contact counsel for Plaintiffs to confer regarding this motion.

## MOTION

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants, by and through their counsel of record, James P. Laurick, Kilmer, Voorhees & Laurick, PC, respectfully move this Court to dismiss Plaintiffs' claims against them in the Complaint for failure to state a claim upon which relief can be granted. In support of this Motion, Defendants rely upon the pleadings and documents on file, and the supporting Memorandum, Request for Judicial Notice, and accompanying Declaration of James P. Laurick filed concurrently herewith.

DATED: August 5, 2013.

**KILMER, VOORHEES & LAURICK, PC**

By _____
James P. Laurick, OSB # 82153
jlaurick@kilmerlaw.com
732 N.W. 19th Avenue
Portland, Oregon 97209
503/224-0055
Attorneys for Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.; Christina Balandran; and Daniel Rodriguez

PAGE 2 -   DEFENDANTS' MOTION TO DISMISS COMPLAINT

## **CERTIFICATE OF SERVICE**

I certify that on this 5th day of August, 2013, the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** will be served in accordance with the Court's CM/ECF system which will send notification of such filing by notice via email to said persons a true copy thereof.
         AND
I certify that on this 5th day of August, 2013, the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** was served on the following by [ ] hand delivery [ ] overnight delivery  [ ] fax  [ ] fax and mail  [X] mailing by depositing with the U.S. mail in Portland, Oregon, enclosed in a sealed envelope with first class postage prepaid.  Addressed as follows:

| | |
|---|---|
| Lisa Carrigan<br>P.O. Box 338<br>Veneta, OR 97487 | D. Jack Schlicking<br>P.O. Box 430<br>Veneta, OR 97487 |
| Plaintiff Pro se | Plaintiff Pro se |
| J. Lauren Schickling<br>P.O. Box 430<br>Veneta, OR 97487 | |
| Plaintiff Pro se | |

KILMER, VOORHEES & LAURICK, P.C.

*/s/ James P. Laurick*
James P. Laurick, OSB No. 82153
KILMER, VOORHEES & LAURICK
732 NW 19th Avenue
Portland, OR  97209
503-224-0055 phone; 503-222-5290 fax
jlaurick@kilmerlaw.com
   Of Attorneys for Defendants
I:\10010\0035\Pleadings\MTD DOCS\MOTION TO DISMISS.docx

PAGE 3 -   DEFENDANTS' MOTION TO DISMISS COMPLAINT