**Andrew P. Parks**, OSB No. 024161
Email: aparks@agsprp.com
**ARNOLD GALLAGHER, PC**
800 Willamette Street, Suite 800
Eugene, Oregon 97401-2996
Telephone: (541) 484-0188
Facsimile: (541) 484-0536
   *Of Attorneys for First American Title Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| LISA CARRIGAN, individually; and D. JACK SCHICKLING and J. LAUREN SCHICKLING, husband and wife,<br><br>          Plaintiffs,<br><br>   v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY; REGIONAL TRUSTEE SERVICES CORPORATION; FIDELITY NATIONAL TITLE INSURANCE COMPANY; RECONTRUST COMPANY N.A.; GN MORTGAGE LLC; GUARANTY BANK F.S.B.; BAC HOME LOANS SERVICING; COUNTRYWIDE HOME LOANS SERVICING LP; BANK OF AMERICA N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERSCORP); ELAINE LOUISE HOWARD dba AFFORDABLE DOCUMENT PROCESSING; CHRISTINA BALANDRAN; DANIEL RODRIGUEZ; LINDA GREEN; JOHN AND MARY DOES;<br><br>          Defendants. | Case No. 6:13-cv-00902-TC<br><br>DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT |

LR 7.1(a) CERTIFICATION

Counsel for First American Title Insurance Company ("First American") certifies that on August 7, 2013 he attempted in good faith to confer with the Plaintiffs via email. The Plaintiffs have not responded.

**DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT - 1**

## MOTION

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant First American, by and through their counsel of record, Andrew P. Parks of Arnold Gallagher, P.C., hereby joins in the Motion to Dismiss filed by Bank of America, N.A., Recontrust Company, N.A., Mortgage Electronic Systems, Inc., Christina Balandran and Daniel Rodriguez (Docket No. 32) and respectfully moves the Court for an Order dismissing Plaintiffs' claims against First American on the grounds that the Complaint fails to state a claim upon which relief may be granted.

In addition to the Memorandum in Support filed by Bank of America, N.A., et al (Docket No. 33), First American relies on the pleadings and documents on file herein, and First American's Memorandum in Support filed concurrently herewith.

DATED this 8th day of August, 2013.

                                                                   ARNOLD GALLAGHER, PC

                                                                   */s/ Andrew P. Parks*

                                                                   Andrew P. Parks, OSB #024161
                                                                   Of Attorneys for Defendant First American
                                                                   Title Insurance Company

# CERTIFICATE OF SERVICE

I certify that on August 8, 2013, I served or caused to be served a true and complete copy of the foregoing **DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** addressed to the party or their attorney's regular office address as follows:

| | |
|---|---|
| **Lisa Carrigan**<br>P.O. Box 338<br>Veneta, OR 97487<br>*Plaintiff Pro Se* | **D. Jack Schickling**<br>P.O. Box 440<br>Veneta, OR 97487<br>*Plaintiff Pro Se* |
| **J. Lauren Schickling**<br>P.O. Box 440<br>Veneta, OR 97487<br>*Plaintiff Pro Se* | |

[x] by **mailing** it in a sealed envelope, with postage paid, addressed to each said party at the address set forth above on the date set forth above; and to:

**Nicolas A. Daluiso**
ROBINSON TAIT, PS
710 Second Avenue, Suite 710
Seattle, WA 98104
Fax: 206-676-9659
Email: ndaluiso@robinsontait.com
  *Of Attorneys for Defendant Regional Trustee Services Corporation*

**David B. Paradis**
BROPHY SCHMOR BROPHY
PARADIS MADDOX & WEAVER, LLP
201 W. Main Street, Suite 5
Medford, OR 97501
Fax: 541-772-7249
Email: dparadis@brophylegal.com
  *Of Attorneys for Defendant Guaranty Bank FSB and GM Mortgage LLC*

**James P. Laurick**
KILMER VOORHEES & LAURICK, PC
732 NW 19th Avenue
Portland, OR 97209
Fax: 503-222-5290
Email: jlaurick@kilmerlaw.com
  *Of Attorneys for Defendants Bank of America, NA successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP; ReconTrust Company, NA; Mortgage Electronic Registration Systems, Inc.; Christina Balandran and Daniel Rodriguez*

[x] by the **Court's CM/ECF system** which will send notification of such filing via email to said persons a true copy thereof.

ARNOLD GALLAGHER, PC

*/s/ Andrew P. Parks*
_____
Andrew P. Parks, OSB #024161
Of Attorneys for Defendant First American
Title Insurance Company