Nicolas Daluiso, OSB #126155
ndaluiso@robinsontait.com
Lisa McMahon-Myhran, OSB #00084
lmcmahon@robinsontait.com
Robinson Tait, P.S.
701 Second Avenue, Suite 710
Seattle, WA 98104
Tel: (206) 676-9640
Fax: (206) 676-9659

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA CARRIGAN, individually and JACK D. SCHLICKING and LAUREN J. SCHICKLING as husband and wife and individually.<br><br>Plaintiffs Pro Se,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY, REGIONAL TRUSTEE SERVICES CORPORATION, FIDELITY NATIONAL TITLE INSURANCE COMPANY, RECONTRUST COMPANY, N.A., GN MORTGAGE LLC., GUARANTY BANK, F.S.B., BAC HOME LOANS SERVICING, COUNTRYWIDE HOME LOANS SERVICING, LP., BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERSCORP); ELAINE LOUISE HOWARD, Public Notary, d/b/a AFFORDABLE DOCUMENT PROCESSING; CHRISTINA BALANDRAN; DANIEL RODRIGUEZ, LINDA GREEN and John and Mary Does 1-10.<br>Defendants. | Case No.: 6:13-cv-902-TC<br><br>**DEFENDANT REGIONAL TRUSTEE SERVICES CORPORATION'S MOTION TO STRIKE REGIONAL TRUSTEE SERVICES CORPORATION'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P.12(b)(6)** |

///

///

MOTION TO STRIKE - 1
60021-0828-JUD-2\Motion to Strike

Law Offices
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
(206) 676-9640

### Motion

COMES NOW, Defendant Regional Trustee Services Corporation ("Regional"), by and through their attorneys of record Robinson Tait, P.S., and moves this court for an Order to Strike its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) in its entirety and without prejudice. Regional brings this motion based on its counsel's failure to comply with LR-7-1 Certification. This motion is supported by the Declaration of Nicolas Daluiso..

### Statement of Facts

Prior to the filing of Regional's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), it was Regional's counsel's mistaken belief that he sent attempted to the plaintiff's as required by LR-7-1. Plaintiff's opposition to the motion to dismiss asserted that no LR 7-1 conference was had. Upon inspection of his email records, Regional's counsel was able to verify and confirm that LR-7-1 notice was not in fact sent to the plaintiffs.

### Conclusion

Based on the foregoing, and due to non-compliance with LR-7-1 Certification, counsel for Regional respectfully requests the court strike its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) in its entirety without prejudice.

DATED this 11th day of September, 2013

_____
Nicolas Daluiso, WSB #126155
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Telephone: (206) 876-3268
Facsimile: (206) 676-9659
Attorney for Regional Trustee Services Corporation

MOTION TO STRIKE - 2
60021-0828-JUD-2\Motion to Strike