Nicolas Daluiso, OSB #126155
ndaluiso@robinsontait.com
Lisa McMahon-Myhran, OSB #00084
lmcmahon@robinsontait.com
Robinson Tait, P.S.
701 Second Avenue, Suite 710
Seattle, WA 98104
Tel: (206) 676-9640
Fax: (206) 676-9659

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF OREGON

LISA CARRIGAN, individually and JACK D. SCHLICKING and LAUREN J. SCHICKLING as husband and wife and individually.

Plaintiffs Pro Se,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, REGIONAL TRUSTEE SERVICES CORPORATION, FIDELITY NATIONAL TITLE INSURANCE COMPANY, RECONTRUST COMPANY, N.A., GN MORTGAGE LLC., GUARANTY BANK, F.S.B., BAC HOME LOANS SERVICING, COUNTRYWIDE HOME LOANS SERVICING, LP., BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERSCORP); ELAINE LOUISE HOWARD, Public Notary, d/b/a AFFORDABLE DOCUMENT PROCESSING; CHRISTINA BALANDRAN; DANIEL RODRIGUEZ, LINDA GREEN and John and Mary Does 1-10.

Defendants.

Case No.: 6:13-cv-902-TC

DECLARATION OF NICOLAS DALUISO IN SUPPORT OF DEFENDANT REGIONAL TRUSTEE SERVICES CORPORATION'S MOTION TO STRIKE REGIONAL TRUSTEE SERVICES CORPORATION'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P.12(b)(6)

I, Nicolas Daluiso, declare:

DECLARATION IN SUPPORT OF
MOTION TO STRIKE - 1
60021-0828-JUD-2

Law Offices
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

1. That I am one of the attorneys for defendant Regional in the above-entitled action and make this Declaration based on personal knowledge.

2. Prior to the filing of Regional's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), I mistakenly believed that I had sent an email to plaintiff Schickling that was not responded to in regards to an LR-7-1 conference.

3. Plaintiff's opposition to the Motion to Dismiss claimed that no LR-7 had occurred.

4. Upon inspection of my email records, I was able to determine and confirm, that I had not sent plaintiff notification in compliance with LR-7-1.

I declare under the penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

DATED this 11th day of September, 2013, at Seattle, Washington.

Nicolas Daluiso, OSB #126155
ndaluiso@robinsontait.com
Lisa McMahon-Myhran, OSB #00084
lmcmahon@robinsontait.com
Robinson Tait, P.S.
701 Second Avenue, Suite 710
Seattle, WA 98104
Tel: (206) 676-3268
Fax: (206) 676-9659

DECLARATION IN SUPPORT OF
MOTION TO STRIKE - 2
60021-0828-JUD-2

Law Offices
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640