1  Nicolas Daluiso, OSB #126155
   ndaluiso@robinsontait.com
2  Lisa McMahon-Myhran, OSB #00084
   lmcmahon@robinsontait.com
3  Robinson Tait, P.S.
   701 Second Avenue, Suite 710
4  Seattle, WA 98104
5  Tel: (206) 676-9640
   Fax: (206) 676-9659
6

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA CARRIGAN, individually and JACK D. SCHLICKING and LAUREN J. SCHICKLING as husband and wife and individually. <br><br> Plaintiffs Pro Se, <br><br> v. <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY, REGIONAL TRUSTEE SERVICES CORPORATION, FIDELITY NATIONAL TITLE INSURANCE COMPANY, RECONTRUST COMPANY, N.A., GN MORTGAGE LLC., GUARANTY BANK, F.S.B., BAC HOME LOANS SERVICING, COUNTRYWIDE HOME LOANS SERVICING, LP., BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERSCORP); ELAINE LOUISE HOWARD, Public Notary, d/b/a AFFORDABLE DOCUMENT PROCESSING; CHRISTINA BALANDRAN; DANIEL RODRIGUEZ, LINDA GREEN and John and Mary Does 1-10. <br><br> Defendants. | Case No.: 6:13-cv-902-TC <br><br> ORDER TO STRIKE DEFENDANT REGIONAL TRUSTEE SERVICES CORPORATION'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P.12(b)(6) (Proposed) |

THIS MATTER coming on regularly to heard on the Motion of defendant Regional Trustee Services Corporation ("Regional") for an Order to Strike its Motion to Dismiss Pursuant to Fed. R.

MOTION TO STRIKE - 1
60021-0828-JUD-2\Motion to Strike

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
(206) 676-9640

Civ. P. 12(b)(6), for failure to conduct a LR 7-1 conference prior to filing the Motion to Dismiss, good cause showing;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion of Defendant Regional Trustee Services Corporation to Strike its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is granted and the Motion to Dismiss has been stricken without prejudice.

DONE this __17__ day of September, 2013.

_____
JUDGE

Presented by:

_____
Nicolas Daluiso, OSB #126155
ndaluiso@robinsontait.com
Lisa McMahon-Myhran, OSB #00084
lmcmahon@robinsontait.com
Robinson Tait, P.S.
701 Second Avenue, Suite 710
Seattle, WA 98104
Tel: (206) 676-9640
Fax: (206) 676-9659

MOTION TO STRIKE - 2
60021-0828-JUD-2\Motion to Strike