IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARRIGAN, et al,

        Plaintiffs,

        v.

FIRST AMERICAN TITLE, et al,

        Defendants.

Civ. No. 6:13-cv-902-TC

ORDER

_____

MCSHANE, Judge:

Defendant Regional Trustee Services Corporation's (hereinafter "Regional") **Motion to Strike** Regional's (own) Motion For Summary Judgment **[#126]** is **GRANTED** without oral argument or discussion necessary.

Accordingly, Regional's **Motion for Summary Judgment [#101]** is **STRICKEN** in its entirety and without prejudice.

All previous deadlines associated with both Motions [#101 and #126 ] are vacated.

IT IS SO ORDERED.

DATED this 30th day of July, 2014.

                        _____/s/ **Michael J. McShane**_____
                             Michael J. McShane
                        United States District Judge

1 – ORDER