IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LISA CARRIGAN, et al**

           Plaintiffs,

    v.

**FIRST AMERICAN TITLE
INSURANCE COMPANY, et al**

       Defendants.

**Civ. No. 6:13-cv-00902-TC**

**ORDER**

---

MCSHANE, Judge:

Defendants' Motion to Dismiss for Failure to State a Claim [#32] is **denied** as moot but with leave to refile a new Motion based on the new Amended Complaint if they wish to do so.

IT IS SO ORDERED.

DATED this 31st day of March, 2015.

                    **Michael J. McShane**
                  **United States District Judge**

1 – ORDER